# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| DISCOVERORG, LLC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>ZAP TECHNOLOGIES, INC.,.<br><br>                     Defendant. | **DEFAULT JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 3:15-cv-05816-RBL |

XX      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment against defendant on behalf of the plaintiff is granted on all causes of action asserted in the Complaint.
Court finds that plaintiff is entitled to actual damages in the amount of $55,000.00.

The Court also finds that exemplary damages are also awarded in favor of plaintiff in the amount of $110,000.00.

Finally, plaintiff is entitled its costs incurred in prosecuting this action, in the amount of $1,099.66.

The Court therefore finds that plaintiff is entitled to a judgment in the total amount of $166,099.66, and orders that final judgment be entered in that amount.
There is no reason for delay in the entry of judgment against defendant and final judgment is appropriately entered pursuant to Federal Rule of Civil Procedure 54(b).
DATED this 31ST   day of  March, 2016.

                                        s/Jean Boring, Deputy Clerk as authorized by
                                        s/William M. McCool
                                        William M. McCool, Clerk